WILSON TURNER KOSMO LLP
VICKIE E. TURNER (106431)
MERYL C. MANEKER (188342)
OLIVIA J. MINER (306546)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: vturner@wilsonturnerkosmo.com
E-mail: mmaneker@wilsonturnerkosmo.com
E-mail: ominer@wilsontunerkosmo.com

WILLIAMS & CONNOLLY LLP
EDWARD C. BARNIDGE (*Pro Hac Vice*)
MARY E. MAGINNIS (*Pro Hac Vice*)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: 202-434-5340
Facsimile: 202-434-5029
E-mail: ebarnidge@wc.com
E-mail: mmaginnis@wc.com

Attorneys for Defendant
ASHLEY FURNITURE INDUSTRIES, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME'S FURNITURE WAREHOUSE, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin Corporation; DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 20-cv-1765-GPC-BGS<br><br>**DEFENDANT ASHLEY FURNITURE INDUSTRIES, INC.'S NOTICE OF PARTY WITH FINANCIAL INTEREST**<br><br>Complaint Filed: September 9, 2020<br><br>Judge:      Hon. Gonzalo P. Curiel<br>Courtroom: 2D<br><br>Magistrate: Hon. Bernard G. Skomal |

1    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil

2  Rule 40.2, Defendant Ashley Furniture Industries, Inc., submits the following

3  statement of financial interest:

4    Defendant Ashley Furniture Industries, Inc. is a wholly owned subsidiary of

5  Ashley Furniture Holdings, LLC.  No other publicly held company owns 10% or more

6  of Ashley Furniture Industries, Inc.'s stock.

8  Dated:    November 5, 2020    **WILLIAMS & CONNOLLY LLP**

10    By:    /s/    *Mary E. Maginnis*
            EDWARD C. BARNIDGE (*Pro Hac Vice*)
11          MARY E. MAGINNIS (*Pro Hac Vice*)

12          **WILSON TURNER KOSMO LLP**
            VICKIE E. TURNER
13          MERYL C. MANEKER
            OLIVIA J. MINER
14
            Attorneys for Defendant
15          ASHLEY FURNITURE INDUSTRIES, INC.